# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAROLD HUBBARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV-06-0085-MWL<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**.

Plaintiff's Motion for Summary Judgment is **DENIED**.

Judgment is entered for Defendant.

**FILE CLOSED.**

**DATED** this 3rd day of January, 2007.

　　　　　　　　　　　　　　　**JAMES R. LARSEN**
　　　　　　　　　　　　　　　**District Court Executive/Clerk**

　　　　　　　　　　　　　　　s/ Alma R. Gonzalez

　　　　　　　　　　　　　by: _____
　　　　　　　　　　　　　　　ALMA R. GONZALEZ
　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel